No. 02–1564.  RANEY *v.* RANEY, 539 U. S. 959;

No. 02–10658.  SEDGWICK *v.* UNITED STATES COURT OF AP-PEALS FOR THE ELEVENTH CIRCUIT, *ante,* p. 833;

No. 02–11350.  COWARD *v.* JOHNSON, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS, *ante,* p. 870;

No. 03–5307.  ROWELL *v.* GRIEGAS, WARDEN, ET AL., *ante,* p. 901;

No. 03–5388.  DOCKERY *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, *ante,* p. 906;

No. 03–5394.  BRUNO *v.* DRETKE, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-SION, *ante,* p. 906;

No. 03–6016.  DEAN *v.* UNITED STATES, *ante,* p. 934; and

No. 03–6053.  COLE *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, *ante,* p. 935.  Petitions for rehearing denied.

NOVEMBER 28, 2003

No. 03–6976.  SLATER *v.* UNITED STATES.  C. A. 4th Cir.  Cer-tiorari dismissed under this Court's Rule 46.

DECEMBER 1, 2003

No. 03M30.  CHAPPARO *v.* LINDSEY, WARDEN;

No. 03M31.  DUQUE *v.* YARBOROUGH, WARDEN; and

No. 03M33.  BAOSHENG ZHOU *v.* PACIFIC MEDICAL CLINICS.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 03M32.  FERES *v.* UNITED STATES.  Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 03M34.  VASQUEZ-HERNANDEZ *v.* OREGON.  Motion for leave to proceed *in forma pauperis* without an affidavit of indi-gency executed by petitioner denied.